## HOWELL V. THE STATE.
(Decided April 4, 1912.)

APPEAL from Clarke County Court.

Heard before Hon. THOMAS W. DAVIS.

T. J. BEDSOLE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Dismissed on motion of appellant.

---

## LANCASTER V. THE STATE.
(Decided May 9, 1912.

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. FRANK CAHALAN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

---

## McINTYRE V. THE STATE.
(Decided April 4, 1912.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed. See also 1 Ala. App. 200; 55 South. 639.

---

## McKEEVER V. THE STATE.
(Decided May 7, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. FRANK CAHALAN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

DE GRAFFENRIED, J.—Affirmed on the record.